

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JAMES BROWN, Individually, and on Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 10-cv-01130 |
| v. ) ) ) | Magistrate Judge Keys |
| EYE CARE CENTERS OF AMERICA, INC., and EYEMASTERS, INC., d/b/a VISIONWORKS ) ) ) ) | Order Granting Final Approval of Class Action Settlement |
| Defendants. ) ) | |

Named Plaintiff, James Brown ("Named Plaintiff"), on behalf of himself and on behalf of all others allegedly similarly situated ("Class Members") and EYE CARE CENTERS OF AMERICA INC., and EYEMASTERS INC. d/b/a Visionworks, (collectively, "Defendants") have jointly moved for final approval of a proposed class action settlement. After reviewing the Parties' joint motion for final approval and supporting documents, and after hearing arguments of counsel for the parties, it is hereby ordered as follows:

1.  The Court finds that the settlement ("Settlement") Settlement is fair, reasonable and in the best interests of the Class and falls within the range of reasonableness and meets the requirements for final approval.

2.  The Court awards Plaintiffs' counsel $5,388.96 in costs and $85,000 in attorney's fees.

3.  The Court dismisses with prejudice the pending action in its entirety; and,

4.  The Court permanently enjoins Settlement Class members from filing, joining, or prosecuting any claims, suits or administrative proceedings regarding claims released by the Settlement.

5.  Assuming no motions are filed in this case prior to March 16, 2011, this order shall be effective on March 22, 2011.

| | |
|---|---|
| IT IS SO ORDERED. | HONORABLE JUDGE KEYS |
| Dated this 4th day of March, 2011 | *[signature]* |

9877084.1 (OGLETREE)